UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCONIC CORPORATION, TIMOTHY MYERS, ERICK ASMUSSEN, and FREDERICK HENDERSON,<br><br>Defendants. | Case No. 1:25-cv-00863-AKH |

**NOTICE OF CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on a date and time to be determined by this Court, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, Plaintiff Charter Township of Shelby Police & Fire Pension & Retirement System ("Shelby P&F"), by and through its undersigned counsel, will move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq*. (the "PSLRA") for an Order: (1) appointing Shelby P&F as Lead Plaintiff in this action; (2) approving Shelby P&F's selection of Wolf Popper LLP as Lead Counsel; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

In support of this Motion, Shelby P&F submits the accompanying Memorandum of Law, the Declaration of Joshua W. Ruthizer and its supporting exhibits, and relies on all other filings in the above captioned matters.

Dated: March 31, 2025
      New York, NY

Respectfully submitted,

**WOLF POPPER LLP**

*/s/ Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Adam T. Savett
asavett@wolfpopper.com
Justyn Millamena
JMillamena@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone: (212) 759-4600

VANOVERBEKE, MICHAUD
& TIMMONY, P.C.
Thomas C. Michaud
tmichaud@vmtlaw.com
Aaron L. Castle
acastle@vmtlaw.com
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200

*Attorneys for Plaintiff and Movant Charter Township of Shelby Police & Fire Pension & Retirement System and Proposed Lead Counsel for the Class*

2