UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARCONIC CORPORATION, TIMOTHY MYERS, ERICK ASMUSSEN, and FREDERICK HENDERSON,<br><br>                    Defendants. | Case No. 1:25-cv-00863-AKH |

**DECLARATION OF JOSHUA W. RUTHIZER, ESQ. IN SUPPORT OF CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Joshua W. Ruthizer, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.

2.      I am a partner in the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for Plaintiff and proposed Lead Plaintiff Charter Township of Shelby Police & Fire Pension & Retirement System ("Shelby P&F"), and proposed lead counsel for the putative class in the above captioned actions.

3.      I make this Declaration in support of Shelby P&F's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

4.      I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.      Attached hereto are true and correct copies of the following exhibits:

1

Exhibit 1: Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), required notice of pendency of the class action, published on January 29, 2025.

Exhibit 2: Certification of Shelby P&F Pursuant to the Federal Securities Laws (previously filed as part of ECF 1).

Exhibit 3: Charts of Estimated Losses of Shelby P&F

Exhibit 4: Resume of Wolf Popper LLP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of March, 2025, at New York, New York.

/s/ *Joshua W. Ruthizer*
Joshua W. Ruthizer

2