# EXHIBIT 2

Docusign Envelope ID: 950D351C-D18C-4C8B-8605-279CBBC6721B

## CERTIFICATION OF CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jerome T. Moffitt, on behalf of the Charter Township of Shelby Police & Fire Pension & Retirement System ("Shelby P&F"), declare the following as to the claims asserted or to be asserted under the federal securities laws:

1. I am the Chairman of the Board of Shelby P&F. I am authorized to execute this certification on behalf of Shelby P&F and authorized to initiate this litigation on behalf of Shelby P&F.

2. Shelby P&F has reviewed the class action complaint against Arconic Corporation, Timothy Myers, Erick Asmussen, and Frederick Henderson, and authorized its filing.

3. Shelby P&F did not engage in transactions in the securities that are the subject of this complaint at direction of its counsel, or in order to participate in any private action arising under the federal securities laws.

4. Shelby P&F is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Shelby P&F fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

6. Shelby P&F made the following transaction(s) in Arconic common stock during the class period specified in the complaint:

*See* attached Schedule A.

7. During the three year period preceding the date of signing of this certification, Shelby P&F has sought to serve or has been appointed as a lead plaintiff or representative party on behalf of an asserted class in the following actions that asserted claims under the federal securities laws:

*Shelby Twp Police & Fire Ret. Sys. v. Celsius Holdings, Inc. et al*, No. 9:24-cv-81472 (S.D. Fla.)

8. Shelby P&F will not accept any payment for serving as a representative party on behalf of the class beyond Shelby P&F's pro rata share of any recovery except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of January, 2025

1/18/2025

CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM

By: _____
Jerome T. Moffitt, Chairman

Docusign Envelope ID: 9590351C-D18C-4C8B-8605-279CBBC6721B

SCHEDULE A

SECURITIES TRANSACTIONS

| Date | Transaction | Shares | Per Share Price |
|------|-------------|--------|-----------------|
| 4/25/2022 | Sale | 801 | $25.02 |
| 6/29/2022 | Purchase | 5,900 | $28.18 |
| 12/16/2022 | Purchase | 600 | $21.34 |
| 2/24/2023 | Sale | 3,400 | $21.67 |
| 2/28/2023 | Sale | 1,000 | $22.62 |
| 5/4/2023 | Sale | 2,100 | $28.77 |

Prices listed are rounded up to two decimal places