# EXHIBIT 3

**Charter Township of Shelby Police & Fire Pension & Retirement System**

**Arconic Corporation**                Symbol: ARNC          CUSIP: 03966V107

Class Period: 4/19/2022 - 5/3/2023

Opening Position: 801 Shares

All per share prices are rounded to 2 decimal places

### Class Period Sales Transactions

| Date | Trade Type | Quantity | Price | Proceeds |
|------|-----------|----------|-------|----------|
| 4/25/2022 | Sale | 801 | $25.02 | $20,041.02 |
| 2/24/2023 | Sale | 3,400 | $21.67 | $73,678.00 |
| 2/28/2023 | Sale | 1,000 | $22.62 | $22,620.00 |
| 5/4/2023 | Sale | 2,100 | $28.77 | $60,417.00 |
| **Class Period Total** | | **7,301** | | **$176,756.02** |

| | |
|---|---|
| Class Period Shares Sold: | 7,301 |
| Class Period Proceeds: | $176,756.02 |
| Deal Price: | $30.00 |
| Class Period Proceeds at Deal Price: | $219,030.00 |
| **Loss:** | **$42,273.98** |