UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

CHARTER TOWNSHIP OF SHELBY      :    Civil Action No. 1:25-cv-00863-AKH
POLICE & FIRE PENSION & RETIREMENT :
SYSTEM, on Behalf of Itself and All Others :    CLASS ACTION
Similarly Situated,                             :
                                       :    NOTICE OF MOTION FOR
                   Plaintiff,            :    APPOINTMENT AS LEAD PLAINTIFF
                                       :    AND APPROVAL OF LEAD PLAINTIFF'S
    vs.                            :    SELECTION OF LEAD COUNSEL
                                       :
ARCONIC CORPORATION, TIMOTHY   :
MYERS, ERICK ASMUSSEN, and      :
FREDERICK HENDERSON,         :
                                       :
               Defendants.       : 
                                       :

———————————————————— x

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class members and proposed lead plaintiff City of Pontiac Reestablished General Employees' Retirement System, Indiana Electrical Workers Benefit Trust Fund IBEW, Indiana Electrical Workers Pension Trust Fund IBEW, and IBEW Local Union 481 Defined Contribution Plan and Trust (the "Pension Funds"), will move on a date and time to be determined, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, for an order appointing the Pension Funds as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*., and approving the Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, the Pension Funds submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  March 31, 2025                          ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                DAVID A. ROSENFELD


                                                    s/David A. Rosenfeld
                                                  DAVID A. ROSENFELD

                                                58 South Service Road, Suite 200
                                                Melville, NY  11747
                                                Telephone:  631/367-7100
                                                drosenfeld@rgrdlaw.com

                                                ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                DANIELLE S. MYERS
                                                MICHAEL ALBERT
                                                KENNETH P. DOLITSKY
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101
                                                Telephone:  619/231-1058
                                                dmyers@rgrdlaw.com
                                                malbert@rgrdlaw.com
                                                kdolitsky@rgrdlaw.com

- 1 -

4930-3151-3903

Proposed Lead Counsel for Proposed Lead Plaintiff

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
cbdunn@asherkellylaw.com

Additional Counsel

4930-3151-3903