UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCONIC CORPORATION, TIMOTHY MYERS, ERICK ASMUSSEN, and FREDERICK HENDERSON,<br><br>    Defendants. | Civil Action No. 1:25-cv-00863-AKH<br><br>CLASS ACTION<br><br>DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4935-8739-0511

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movants City of Pontiac Reestablished General Employees' Retirement System, Indiana Electrical Workers Benefit Trust Fund IBEW, Indiana Electrical Workers Pension Trust Fund IBEW, and IBEW Local Union 481 Defined Contribution Plan and Trust (the "Pension Funds") and proposed lead counsel for the class in the above-captioned securities class action. I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1:   Notice of pendency of class action published on *Globe Newswire,* a national business-oriented wire service, on January 29, 2025;

Exhibit 2:   The Pension Funds' Sworn Certifications;

Exhibit 3:   Chart of the Pension Funds' estimated losses, prepared by counsel; and

Exhibit 4:   The Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2025, at Melville, New York.



s/ David A. Rosenfeld
DAVID A. ROSENFELD

- 1 -

4935-8739-0511