# EXHIBIT 2

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Pontiac Reestablished General Employees' Retirement System ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Ohio Carpenters Pension Fund v. Norfolk Southern Corporation*, No. 1:23-cv-04068 (S.D.N.Y.)

(b)      Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Michiana Area Electrical Workers' Pension Fund v. Inari Medical, Inc.*, No. 1:24-cv-03686 (S.D.N.Y.)

(c)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Robison v. Digital Turbine, Inc.*, No. 1:22-cv-00550 (W.D. Tex.)
*Grobler v. Inotiv, Inc.*, No. 4:22-cv-00045 (N.D. Ind.)
*In re Kornit Digital Ltd. Sec. Litig.*, No. 2:23-cv-00888 (D.N.J.)
*Bhangal v. Hawaiian Electric Industries, Inc.*, No. 3:23-cv-04332 (N.D. Cal.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such

ARCONIC

reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __26__ day of February, 2025.

City of Pontiac Reestablished General
Employees' Retirement System

By: _____
Sheldon Albritton, Chairman

- 2 -

ARCONIC

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/27/2022 | 2,466 | $24.33 |
| 09/26/2022 | 211 | $17.14 |
| 09/26/2022 | 770 | $17.14 |
| 09/27/2022 | 79 | $17.28 |
| 09/27/2022 | 289 | $17.28 |
| 09/27/2022 | 342 | $17.44 |
| 09/27/2022 | 1,252 | $17.44 |
| 10/11/2022 | 811 | $20.04 |
| 10/24/2022 | 1,199 | $20.74 |
| 10/24/2022 | 3,955 | $20.74 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Indiana Electrical Workers Benefit Trust Fund IBEW ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ²⁷ day of March, 2025.

Indiana Electrical Workers Benefit Trust Fund IBEW

┌─DocuSigned by:
│ *David M. Ray*
By: └─03CAB73793DA466
_____
David M. Ray, Administrator

ARCONIC

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/24/2023 | 2,950 | $21.67 |
| 02/28/2023 | 900 | $22.62 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Indiana Electrical Workers Pension Trust Fund IBEW ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __27__ day of March, 2025.

Indiana Electrical Workers Pension Trust
Fund IBEW

By:    _David M. Ray_____
David M. Ray, Administrator

ARCONIC

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date<br>Disposed | Amount of<br>Shares Disposed | Price |
|---|---|---|
| 02/24/2023 | 12,980 | $21.67 |
| 02/28/2023 | 4,100 | $22.62 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

IBEW Local Union 481 Defined Contribution Plan and Trust ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below: None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **27** day of March, 2025.

> IBEW Local Union 481 Defined
> Contribution Plan and Trust
>
> By: _David M. Ray_____
> David M. Ray, Administrator

SCHEDULE A

SECURITIES TRANSACTIONS

**Stock**

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/24/2023 | 4,000 | $21.67 |
| 02/28/2023 | 1,400 | $22.62 |

Prices listed are rounded up to two decimal places.