# EXHIBIT 3

Movants' Purchases and Losses     Class Period: 04/19/2022 - 05/03/2023     Arconic Corp.

| Name | Date | Shares Disposed | Price | Total Proceeds | Shares Disposed | Deal Price | Deal Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|
| **Indiana Electrical Workers Pension Trust Fund IBEW** | 02/24/2023 | 12,980 | $21.67 | $281,240.26 | 17,080 | $30.00 | $512,400.00 | |
| | 02/28/2023 | 4,100 | $22.62 | $92,724.78 | | | | |
| | | **17,080** | | **$373,965.04** | **17,080** | | **$512,400.00** | **($138,434.96)** |
| **City of Pontiac Reestablished General Employees' Retirement System** | 04/27/2022 | 2,466 | $24.33 | $59,987.42 | 11,374 | $30.00 | $341,220.00 | |
| | 09/26/2022 | 211 | $17.14 | $3,615.53 | | | | |
| | 09/26/2022 | 770 | $17.14 | $13,194.10 | | | | |
| | 09/27/2022 | 79 | $17.28 | $1,365.12 | | | | |
| | 09/27/2022 | 289 | $17.28 | $4,993.92 | | | | |
| | 09/27/2022 | 342 | $17.44 | $5,964.89 | | | | |
| | 09/27/2022 | 1,252 | $17.44 | $21,836.38 | | | | |
| | 10/11/2022 | 811 | $20.04 | $16,253.09 | | | | |
| | 10/24/2022 | 1,199 | $20.74 | $24,864.02 | | | | |
| | 10/24/2022 | 3,955 | $20.74 | $82,016.02 | | | | |
| | | **11,374** | | **$234,090.50** | **11,374** | | **$341,220.00** | **($107,129.50)** |
| **IBEW Local Union 481 Defined Contribution Plan and Trust** | 02/24/2023 | 4,000 | $21.67 | $86,668.80 | 5,400 | $30.00 | $162,000.00 | |
| | 02/28/2023 | 1,400 | $22.62 | $31,662.12 | | | | |
| | | **5,400** | | **$118,330.92** | **5,400** | | **$162,000.00** | **($43,669.08)** |
| **Indiana Electrical Workers Benefit Trust Fund IBEW** | 02/24/2023 | 2,950 | $21.67 | $63,918.24 | 3,850 | $30.00 | $115,500.00 | |
| | 02/28/2023 | 900 | $22.62 | $20,354.22 | | | | |
| | | **3,850** | | **$84,272.46** | **3,850** | | **$115,500.00** | **($31,227.54)** |
| **Movants' Total** | | **37,704** | | **$810,658.92** | **37,704** | | **$1,131,120.00** | **($320,461.08)** |

*Losses are calculated by multiplying the number of shares sold by the difference between the deal price ($30) and sales price.

Prices listed are rounded up to two decimal places.