# EXHIBIT 4

**JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

We, Sheldon Albritton and David Ray, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. We respectfully submit this joint declaration in support of the motion of City of Pontiac Reestablished General Employees' Retirement System, Indiana Electrical Workers Benefit Trust Fund IBEW, Indiana Electrical Workers Pension Trust Fund IBEW, and IBEW Local Union 481 Defined Contribution Plan and Trust (collectively, the "Pension Funds") for appointment of the Pension Funds as lead plaintiff and the approval of the Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed Class. With regard to the information in this joint declaration, each of us has personal knowledge relating to the entity with which we are respectively associated.

2. I, Sheldon Albritton, am the Chairman of the City of Pontiac Reestablished General Employees' Retirement System ("PGERS") and am authorized to make this declaration on behalf of PGERS. PGERS is a public retirement plan that provides retirement benefits to employees of the City of Pontiac, Michigan (and their beneficiaries). As reflected in a separate certification, PGERS sold a significant amount of Arconic stock during the class period and suffered substantial losses, which we allege are the result of violations of the federal securities laws. PGERS has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. PGERS has served as lead plaintiff as part of a small group and thus has experience coordinating with another institution to fulfill those fiduciary responsibilities.

3. I, David Ray, am the Administrator of the Indiana Electrical Workers Benefit Trust Fund IBEW, Indiana Electrical Workers Pension Trust Fund IBEW, and IBEW Local Union 481

Defined Contribution Plan and Trust (collectively, the "Indiana Electrical Funds") and am authorized to make this declaration on behalf of the Indiana Electrical Funds. The Indiana Electrical Funds are three related plans that provide pension, welfare, and related benefits to their participants (and their beneficiaries).[1] As reflected in separate certifications, the Indiana Electrical Funds sold a significant amount of Arconic stock during the class period and suffered substantial losses, which we allege are the result of violations of the federal securities laws. The Indiana Electrical Funds have prior experience serving as a representative party in securities class actions and are familiar with the obligations and fiduciary responsibilities owed to a class.

4.  The Pension Funds are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action. The Pension Funds understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class. The Pension Funds believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed Class. We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and the Pension Funds' principal goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and effectively prosecuted to achieve the best possible recovery for the Class.

5.  In exploring their potential leadership of this action, the Pension Funds expressed an interest in collaborating with other sophisticated institutional investors in seeking joint lead plaintiff appointment. PGERS and the Indiana Electrical Funds determined that they could

---

[1] More information about the Indiana Electrical Funds is available on their website. *See* https://www.ewbtf.org/.

maximize the Class's recovery by combining their experience and jointly seeking appointment as lead plaintiff.  After reviewing the allegations pleaded in the complaint and consulting with their counsel, the Pension Funds each independently determined to seek joint appointment as lead plaintiff, and subsequently approved the filing of a joint motion seeking their appointment as lead plaintiff.

6. The Pension Funds' decision to seek appointment as lead plaintiff together was informed by our comprehensive and complementary purchasing patterns in the class period which would enable us to provide broad representation to the Class, our comparable six-figure losses, and our positive experiences serving as representative parties in securities and shareholder litigation as part of small groups.  As our funds are sophisticated institutional investors that incurred substantial losses as a result of the securities law violations at issue in this litigation, and together can provide broad representation to the proposed Class, we determined that our joint appointment would advance the interests of the proposed Class.

7. Before filing our lead plaintiff motion, the Pension Funds participated in a conference call about our leadership and oversight of this litigation.  The Pension Funds considered, among other things, the lead plaintiff process, our strategy to jointly prosecute this case in order to maximize the recovery for the Class, and a mechanism for dispute resolution.  Likewise, we received each other's contact information and will coordinate with each other to exercise joint decision-making on matters pertaining to this litigation as appropriate.  In light of our shared interest in recovering from the defendants in this litigation, our shared perspective as sophisticated institutional investors and managers of pension funds, and – if appointed – our shared fiduciary responsibilities to the proposed Class, we anticipate arriving at joint decisions consensually.

8. We understand that, as lead plaintiff, it is our responsibility to select counsel for the Class. We have selected Robbins Geller as Lead Counsel because of the Firm's securities litigation experience and their history of successfully prosecuting securities class actions as Lead Counsel before this Court, including having recovered $1.025 billion on behalf of injured investors in *In re American Realty Cap. Props., Inc. Litig.*, No. 1:15-mc-00040-AKH (S.D.N.Y.).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to City of Pontiac Reestablished General Employees' Retirement System are true and correct.

Executed on March 31, 2025.



By: Sheldon Albritton, Chairman

City of Pontiac Reestablished General Employees'
Retirement System

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to the Indiana Electrical Funds are true and correct.

Executed on March 31, 2025.



By: David Ray, Administrator

Indiana Electrical Workers Benefit Trust Fund IBEW,
Indiana Electrical Workers Pension Trust Fund
IBEW, and IBEW Local Union 481 Defined
Contribution Plan and Trust