UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>               v.<br><br>ARCONIC CORPORATION, TIMOTHY MYERS, ERICK ASMUSSEN, and FREDERICK HENDERSON,<br><br>               Defendants. | Case No. 1:25-cv-00863-AKH |

**PLAINTIFF AND LEAD PLAINTIFF MOVANT CHARTER TOWNSHIP OF SHELBY POLICE & FIRE PENSION & RETIREMENT SYSTEM'S RESPONSE TO THE PENSION FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

Plaintiff and Lead Plaintiff Movant Charter Township of Shelby Police & Fire Pension & Retirement System ("Shelby P&F") respectfully submits this response to the motion for appointment as lead plaintiff and approval of selection of lead counsel filed by City of Pontiac Reestablished General Employees' Retirement System, Indiana Electrical Workers Benefit Trust Fund IBEW, Indiana Electrical Workers Pension Trust Fund IBEW, and IBEW Local Union 481 Defined Contribution Plan and Trust (collectively, the "Pension Funds") (ECF Nos. 19-22).

On January 29, 2025, Shelby P&F filed the Complaint in this class action alleging violations of the Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b), 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 (17 C.F.R. § 240.10b-5) on behalf of a "Class" of all persons who sold publicly traded shares of Arconic common stock between April 19, 2022 and May 3, 2023, both dates inclusive (the "Class Period"). ECF No. 1.

This securities class action is subject to the provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 *et seq*. ("PSLRA"). The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members and serve as Lead Plaintiff is the movant that has "the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §78u4(a)(3)(B)(iii)(I).

On March 31, 2025, Shelby P&F and the Pension Funds filed motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel. ECF Nos. 15-17, 19-22.

Having reviewed the Pension Funds' motion and supporting papers, it appears that, while Shelby P&F is well-qualified to serve as Lead Plaintiff in this Action, the Pension Funds have asserted larger financial interests in the relief sought by the Class. Shelby P&F and its counsel, Wolf Popper LLP, remain ready, willing, and able to serve as Lead Plaintiff and Lead Counsel, or a Class representative and Class counsel, at the discretion of the Court or the Court-appointed Lead Plaintiff.

Shelby P&F reserves any and all rights as a member of the putative Class and to share in any recovery obtained in this action for the benefit of the Class members.

Dated: April 14, 2025
New York, New York

Respectfully submitted,

WOLF POPPER LLP

/s/ *Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Adam T. Savett
asavett@wolfpopper.com
Justyn Millamena
JMillamena@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Telephone: (212) 759-4600

2

VANOVERBEKE, MICHAUD
& TIMMONY, P.C.
Thomas C. Michaud
tmichaud@vmtlaw.com
Aaron L. Castle
acastle@vmtlaw.com
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200

*Attorneys for Plaintiff and Movant Charter
Township of Shelby Police & Fire Pension &
Retirement System*

## WORD COUNT CERTIFICATION

Pursuant to Southern District of New York Local Civil Rule 7.1(c), the undersigned hereby certifies that this memorandum of law contains 367 words, excluding the caption, any index, table of contents, table of authorities, signature blocks, or any required certificates. I utilized the word count of the word-processing program used to prepare the document in order to obtain that word count.

*/s/ Joshua W. Ruthizer*
Joshua W. Ruthizer