UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CHARTER TOWNSHIP OF SHELBY : Civil Action No. 1:25-cv-00863-AKH
POLICE & FIRE PENSION & RETIREMENT :
SYSTEM, on Behalf of Itself and All Others : CLASS ACTION
Similarly Situated, :
: [PROPOSED] ORDER APPOINTING LEAD
Plaintiff, : PLAINTIFF AND APPROVING LEAD
: PLAINTIFF'S SELECTION OF LEAD
vs. : COUNSEL
:
ARCONIC CORPORATION, TIMOTHY :
MYERS, ERICK ASMUSSEN, and :
FREDERICK HENDERSON, :
:
Defendants. :
:
------------------------------------------------------------x

4911-7599-3391

Having considered City of Pontiac Reestablished General Employees' Retirement System, Indiana Electrical Workers Benefit Trust Fund IBEW, Indiana Electrical Workers Pension Trust Fund IBEW, and IBEW Local Union 481 Defined Contribution Plan and Trust's (the "Pension Funds") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Pension Funds are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. The Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) the briefing and argument of any and all motions;

    (b) the conduct of any and all discovery proceedings including depositions;

    (c) settlement negotiations;

    (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

    (e) the preparation and filing of all pleadings; and

    (f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

4. All securities class actions arising out of the same facts and claims on behalf of purchasers of Arconic Corporation securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to

every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

5. Every pleading in this action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re ARCONIC CORPORATION SECURITIES LITIGATION | ) ) ) ) | Civ. No. 1:25-cv-00863 CLASS ACTION |
|---|---|---|

6. Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

IT IS SO ORDERED.

DATED: 6-21-25

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE