UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re ARCONIC CORPORATION SECURITIES                          :
LITIGATION.                                                    :        **ORDER REGULATING**
                                                              :        **PROCEEDINGS**
                                                              :
                                                              :        25 Civ. 863 (AKH)
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference previously scheduled for February 11, 2026 is canceled. A

new conference will be scheduled after the Court rules on the pending motion to dismiss.

Defendants reply brief in further support of the motion to dismiss shall be submitted by January

23, 2026. *See* ECF No. 33.

       SO ORDERED.

Dated:     January 14, 2026               /s/ Alvin K. Hellerstein
          New York, New York          ALVIN K. HELLERSTEIN
                                   United States District Judge